Record No. 23-2608

**UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT**

SUN VALLEY ORCHARDS, LLC,

                                            Appellant

v.

U.S. DEPARTMENT OF LABOR; UNITED STATES
SECRETARY OF LABOR

                                            Appellees.

**UNOPPOSED MOTION TO STAY
BRIEFING PENDING DECISION BY
U.S. SUPREME COURT**

Pursuant to Federal Rules of Appellate Procedure 26(b) and 27, as well as Third Circuit Rule 31.4, Appellant Sun Valley Orchards, LLC moves the Court to stay briefing in this appeal and to extend the time to file the opening brief and joint appendix until 60 days after the U.S. Supreme Court issues a decision in *SEC v. Jarkesy*, No. 22-859. Appellees do not oppose this motion. In support of this motion, Appellant states as follows:

1.     The Court on September 26, 2023, set a briefing schedule under which the opening brief and joint appendix are due November 6, 2023; the

response brief is due thirty days after service of the opening brief; and the reply is due twenty-one days after service of the response brief. *See* D.E. 13-3.

2. This appeal involves a challenge to a decision by the Department of Labor ("DOL") to impose $211,800 in civil monetary penalties and $344,945.83 in back wages. The initial decision to impose that liability was made by a DOL administrative law judge ("ALJ"), and the ALJ's decision was reviewed by a panel of DOL agency judges referred to as the Administrative Review Board.

3. In the district court, Appellant argued that the imposition of such liability implicates "private rights" and that adjudication in DOL's agency court therefore violated Article III. In support of that claim, Appellant relied on *Jarkesy v. SEC*, 34 F.4th 446 (5th Cir. 2022), which held that a claim to impose monetary penalties implicated private rights and therefore could not properly be adjudicated in an administrative court.

4. The U.S. Supreme Court granted certiorari in *Jarkesy* on June 30, 2023, and that appeal is currently being briefed on the merits.

5. The issues in this case will likely be significantly affected by the Supreme Court's decision in *Jarkesy*, as the Supreme Court in that case appears set to address the circumstances under which an agency adjudication implicates "private rights" for purposes of Article III and the Seventh Amendment.

6. In fact, because of the connection between the cases, Appellant is planning to file an *amicus* brief in *Jarkesy* to discuss the issues raised by this appeal. That *amicus* brief is due on October 18, 2023.

7. Given the above, a stay of briefing would conserve the resources of the parties and the Court. If briefing was not stayed, the parties would spend significant time briefing issues that may be at least partly resolved in *Jarkesy*, and it is likely that the parties would also find it necessary to submit supplemental briefing on those same issues following an eventual decision in *Jarkesy*. A stay would, by contrast, allow for a single round of briefing that would fully account for developments at the Supreme Court.

8. Appellant therefore moves that briefing be stayed pending the Supreme Court's consideration of *Jarkesy*, with the opening brief and appendix due 60 days following a decision in that case. As under the current schedule, the response brief would remain due thirty days after service of the opening brief, and the reply would remain due twenty-one days after service of the response brief.

9. Counsel for Appellant has consulted with counsel for Appellees, and Appellees state that this motion is unopposed.

## CONCLUSION

In light of the foregoing, Appellant respectfully asks that the motion to stay briefing be granted.

Dated: October 12, 2023

Respectfully submitted,

s/ Robert E. Johnson
Robert E. Johnson
OH Bar No. 0098498
INSTITUTE FOR JUSTICE
16781 Chagrin Blvd. #256
Shaker Heights, OH 44120
Tel: (703) 682-9320
Fax: (703) 682-9321
rjohnson@ij.org

Robert M. Belden
DC Bar No. 1035488
INSTITUTE FOR JUSTICE
901 N. Glebe Rd., Ste. 900
Arlington, VA 22203
Tel: (703) 682-9320
Fax: (703) 682-9321
rbelden@ij.org

*Counsel for Appellant*

## Certificate of Compliance

1. This document complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f) this document contains 553 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 365 in size 14-pt Times New Roman.

3. This motion is uncontested under Third Circuit Rule 27.3.

Dated: October 12, 2023

s/ Robert E. Johnson
Counsel for Appellant

## Certificate of Service

I certify that on October 12, 2023, this *Unopposed Motion to Stay Briefing Pending Decision by U.S. Supreme Court* was served through the Court's CM/ECF system on counsel for all parties to be served.

s/ Robert E. Johnson
Counsel for Appellant