Record No. 23-2608

# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

SUN VALLEY ORCHARDS, LLC,

                Appellant,

v.

U.S. DEPARTMENT OF LABOR; UNITED STATES SECRETARY OF LABOR

                Appellees.

# NOTICE OF U.S. SUPREME COURT DECISION

Pursuant to this Court's Order of October 20, 2023 (Doc. 16), Appellant hereby gives notice that the U.S. Supreme Court issued its opinion in *SEC v. Jarkesy*, No. 22-859, 603 U.S. ___ (2024), on June 27, 2024.

Dated: July 1, 2024

                                      Respectfully submitted,

                                      <u>s/ Robert E. Johnson</u>
                                      Robert E. Johnson
                                      INSTITUTE FOR JUSTICE
                                      16781 Chagrin Blvd. #256
                                      Shaker Heights, OH 44120
                                      Tel: (703) 682-9320

Fax: (703) 682-9321
rjohnson@ij.org

Robert M. Belden
INSTITUTE FOR JUSTICE
901 N. Glebe Rd., Ste. 900
Arlington, VA 22203
Tel: (703) 682-9320
Fax: (703) 682-9321
rbelden@ij.org

*Counsel for Appellant*

**Certificate of Service**

I certify that on July 1, 2024, this *Notice of Decision by U.S. Supreme Court* was served through the Court's CM/ECF system on counsel for all parties to be served.

s/ Robert E. Johnson
Counsel for Appellant
