**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

BILL OF COSTS

C.A. No. ___23-2608___

Caption: Sun Valley Orchards, LLC v. U.S. Department of Labor, et al.

| Cost Taxable | AMOUNT REQUESTED | | | | | | | COST ALLOWED To be Completed by Clerk |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages per Copy | Cost Per Page | Cost Per Binding | Cost Per Cover | Sales Tax | Total Cost | |
| Appeal/Original Proceeding Fee | | | | | | | $505 | |
| Brief | 10 | 175 | $0.30 | $10.00 | N/A | N/A | $625 | |
| Reply Brief | 10 | 35 | $0.50 | $10.00 | $5.00 | N/A | $325 | |
| Appendix | 7 | 255 | $0.30 | $7.00 | N/A | N/A | $584.50 | |
| | | | | | | | | |
| | | | | | | | | |
| TOTAL | | | | | | | $2039.50 | $ |

Brief Produced by Reproduction: ☐    Brief Produced by Photocopy:  ☐
In House:  ☐
Commercial:  ☒

**Unless document was produced by in house photocopy, receipts must be attached.**

I, ___Robert E. Johnson___, do hereby declare under the penalty of perjury that the foregoing costs are true and correct and were necessarily and actually incurred in this action.

/s/ Robert E. Johnson                          7/29/2025
Signature                                       Date
Attorney for: Sun Valley Orchards LLC

**A certificate of service must accompany this form.**

# Transaction Log

## Report Period: 09/01/2023 - 09/12/2023

| Id | Date | Case Number | Text |
|---|---|---|---|
| 14624788 | 09/01/2023 12:53:16 | 1-21-cv-16625 | NOTICE OF APPEAL as to [37] Order on Motion for Summary Judgment,, Order on Motion to Dismiss,,, [36] Opinion by SUN VALLEY ORCHARDS, LLC. Filing fee $ 505, receipt number ANJDC-14624788. The Clerk's Office hereby certifies the record an |

**Total Number of Transactions:** 1

# Invoice

**Counsel Press Inc.**

PO Box 65019
Baltimore, Maryland 21264-5019

Phone: (800) 427-7325

Invoice Number: 0009167797

Date: 09/27/2024

Fed. Tax ID: 47-3380949

Terms: ON RECEIPT

Sold To

Institute for Justice
600 University Street
Suite 1730
Seattle, WA 98101 USA

Attention: Ms. Hilary Loya

File No.: 810894
Court: USCOA - 3RD
Case Name: Sun Valley Orchards v US Dept of Labor

| | | | | Amount |
|---|---|---|---|---|
| | JOINT APPENDIX | | | |
| 1.00 | Preparation of Appendix - 2 Volumes | @ | $0.00 | |
| 1785.00 | Page(s) | @ | $0.30 | $535.50 |
| 7.00 | Volumes Bound | @ | $7.00 | $49.00 |
| 1.00 | Filing of Documents | @ | $100.00 | $100.00 |
| 1.00 | Shipping & Handling | @ | $264.00 | $264.00 |
| | APPELLANT'S OPENING BRIEF | | | |
| 1750.00 | Page(s) | @ | $0.30 | $525.00 |
| 10.00 | Volumes Bound | @ | $10.00 | $100.00 |

**12-KR**

11/07/2024 15:28 PM

This Invoice is Due Upon Receipt. Please Show Invoice Number on Check When Submitting Payment.

| | |
|---|---|
| Subtotal | $1,573.50 |
| Sales Tax | $0.00 |
| | $0.00 |
| Payment/Credit | $0.00 |
| Balance | $1,573.50 |

Page 1 of 1

# Invoice

**Counsel Press Inc.**

PO Box 65019
Baltimore, Maryland 21264-5019

Phone: (800) 427-7325

Invoice Number: 0009171790

Date: 12/26/2024

Fed. Tax ID: 47-3380949

Terms: ON RECEIPT

## Sold To

Institute for Justice
901 North Glebe Road
Suite 900
Arlington, VA 22203   USA

Attention: Robert M. Belden, Esq.

File No.: 811662
Court: USCOA - 3RD
Case Name: Sun Valley Orchards v US Dept Labor

| | | | | Amount |
|---|---|---|---|---|
| | REPLY BRIEF | | | |
| 10.00 | Cover(s) - 1st Side | @ | $5.00 | $50.00 |
| 35.00 | Page(s) | @ | $3.50 | $122.50 |
| 175.00 | Page(s) | @ | $0.50 | $87.50 |
| 10.00 | Volumes Bound | @ | $10.00 | $100.00 |
| 1.00 | Filing of Documents | @ | $80.00 | $80.00 |
| 1.00 | Shipping & Handling | @ | $22.00 | $22.00 |

**12-KR**
02/21/2025 11:06 AM

This Invoice is Due Upon Receipt. Please Show Invoice Number on Check When Submitting Payment.

| | |
|---|---|
| Subtotal | $462.00 |
| Sales Tax | $0.00 |
| | $0.00 |
| Payment/Credit | $0.00 |
| **Balance** | $462.00 |

Page 1 of 1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of July, 2025, the foregoing was served through the Court's CM/ECF system on counsel for all parties to be served.

/s/ Robert E. Johnson