UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 23-2608

SUN VALLEY ORCHARDS, LLC

v.

UNITED STATES DEPARTMENT OF LABOR, et al.

_____

SUR PETITION FOR REHEARING

_____

Present: CHAGARES, *Chief Judge*, HARDIMAN, SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, PHIPPS, FREEMAN, MONTGOMERY-REEVES, CHUNG, BOVE, and SMITH,[1] *Circuit Judges*.

    The petition for rehearing on behalf of Appellees in the above-entitled case having been submitted to the judges who participated in the decision of this Court and to all the other available circuit judges of the circuit in regular active service, and no judge who concurred in the decision having asked for rehearing, and a majority of the judges of the circuit in regular service not having voted for rehearing, the petition for rehearing by the panel and the Court en banc, is denied.

                                       BY THE COURT,

                                       s/ *Thomas M. Hardiman*
                                       Circuit Judge

Dated: October 15, 2025
Tmm/cc: All Counsel of Record

---

[1] The vote of Judge Smith is limited to panel rehearing.